AO 91 (Rev. 11/11) Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

OCT 15 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Carlos CUELLAR-RODRIGUEZ<br><br>*Defendant(s)* | )<br>)<br>) Case No. DR-25-M-4512<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  **October 14, 2025**  in the county of  **Val Verde**  in the
**Western**  District of  **Texas** , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 933 | Trafficking in firearms |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Manuel Ruiz, ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/15/2025

_____
*Judge's signature*

City and state:  Del Rio, Texas   Joseph Cordova, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

1. Between April 8, 2025, and October 14, 2025, **Carlos CUELLAR-RODRIGUEZ** (hereinafter **CUELLAR-RODRIGUEZ**), a Mexican national, initiated and continued to communicate with ATF Undercover Agents (UC) reference the trafficking of firearms to Mexico through the Rio Grande River in Del Rio, Texas in the Western District of Texas.

2. On or about the week of September 15, 2025, An ATF UC met with **CUELLAR-RODRIGUEZ**, where **CUELLAR-RODRIGUEZ** explained he could take any number of firearms to Mexico for the UC, through the Rio Grande River with the help of a family member. **CUELLAR-RODRIGUEZ** explained that he was an alien smuggler and had a good route to Mexico through the Rio Grande River in Del Rio, Texas. **CUELLAR-RODRIGUEZ** told the UC that he would deliver the UC's firearms to a location along the Rio Grande River in Del Rio, Texas. **CUELLAR-RODRIGUEZ** explained that his family member would be waiting along the riverbank on the Mexico side. Once **CUELLAR-RODRIGUEZ** arrived at the river, the family member will cross from the Mexico side of the river, by wading the river to the United States side, grab the firearms from **CUELLAR-RODRIGUEZ**, and cross back into Mexico through the river with the firearms.

3. On or about the week of October 6, 2025, The UC met with **CUELLAR-RODRIGUEZ** to finalize the logistics of the transaction and the payment thereafter. **CUELLAR-RODRIGUEZ** agreed to be paid $5,100 to traffic ten (10) pistols into Mexico with the help of a family member. **CUELLAR-RODRIGUEZ** stated he would pay his family member $2,000 of the $5,100 received. **CUELLAR-RODRIGUEZ** and the UC agreed to meet on Tuesday, October 14th, in Del Rio, Texas to consummate the transaction.

4. On October 14, 2025, The UC and **CUELLAR-RODRIGUEZ** met at the preplanned meet location in Del Rio, Texas in the Western District of Texas. **CUELLAR-RODRIGUEZ** was shown the ten (10) individually wrapped pistols in a duffle bag. **CUELLAR-RODRIGUEZ** took possession of the bag which contained ten (10) ATF prop firearms and was ultimately detained by members of ATF.

5. After advisement of Miranda Rights and Waiver, **CUELLAR-RODRIGUEZ** told ATF that that he is an illegal alien and knew that he is prohibited from possessing firearms due to his status of being an illegal alien. **CUELLAR-RODRIGUEZ** admitted to aquiring the firearms with the purpose of trafficking them to Mexico in furtherance of a felony (18 USC 554). Furthermore, ATF checked with Department of Commerce and confirmed **CUELLAR-RODRIGUEZ** does not have a license to export firearms.

6. An ATF interstate nexus examination was conducted on the below firearms, and they were all manufactured outside the state of Texas, therefore traveled in interstate and foreign commerce.

   - Sig Sauer P228 9mm Caliber SN: B293146
   - Springfield Armory XD45 .45 Caliber SN: US597892
   - Springfield Armory XD45 .45 Caliber SN:US767341
   - Smith & Wesson M&P 40 .40 Caliber SN: DTA7012
   - Glock 21 .45 Caliber SN: RXZ348
   - Sig Sauer P228 9mm Caliber SN: B133413
   - Smith & Wesson M&P 40 .40 Caliber SN:MPA9868
   - Sig Sauer P320 9mm Caliber SN:58C006473
   - Glock 21 .45 Caliber SN: BHUN311
   - Sig Sauer P320 9mm Caliber SN:58B002414

7. A search of **CUELLAR-RODRIGUEZ's** criminal history revealed that **CUELLAR-RODRIGUEZ** was arrested on May 21, 2025, for Alien inadmissibility under section 212 in Del Rio, Texas.

8. Based on the foregoing facts, I believe that probable cause exists to establish that **Carlos CUELAR-RODRIGUEZ,** knowingly conspired and agreed together with persons known and unknown to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by

the recipient would constitute a felony, or is an illegal alien (as defined in section 932(a), in violation of Title 18, United States Code §§ 933(a)(1) and (b).

Task Force Officer Manuel Ruiz
Bureau of Alcohol, Tobacco, Firearms and Explosives

SUBSCRIBED AND SWORN TO ME THIS 15TH DAY OF OCTOBER 2025.

HONORABLE JOSEPH CORDOVA
UNITED STATES MAGISTRATE JUDGE